UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 25-6047 PA (MARx) | Date | September 14, 2026 |
| Title | AMPAM Parks Mechanical, Inc. v. Allied World Surplus Lines Insurance Company, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | None | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **IN CHAMBERS - ORDER**

The parties have stated in their Joint Stipulation to Extend Case Deadlines that the sole remaining claim is Count I of AMPAM's First Amended Complaint, which requests declaratory relief. (Docket No. 113.) Where an action consists solely of equitable issues there is no right to a jury trial. See Fed. R. Civ. P. 39; Beacon Theatres, Inc. v. Westover, 359 U.S. 500, 503-04, 79 S. Ct. 948, 953, 3 L. Ed. 2d 988 (1959). "A particular declaratory judgment draws its equitable or legal substance from the nature of the underlying controversy." Transamerica Occidental Life Ins. Co. v. DiGregorio, 811 F.2d 1249, 1251 (9th Cir. 1987); see also Hartford Fire Ins. Co. v. Herrald, 483 F.2d 425, 426 (9th Cir. 1973). The parties are therefore ordered to show cause why the Court should not, despite having previously set the case for a jury trial as a result of the Complaint's claim for breach of contract, now designate this matter for a court trial. The parties' responses to this order to show cause shall be filed by no later than September 18, 2026.

IT IS SO ORDERED.